IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>BRENDA YAJAIRA MORALES-RUIZ,<br><br>  Defendant. | Case No.: 1:18-CR-00207-014 LJO<br><br>ORDER OF RELEASE |

The above-named defendant having been sentenced on March 13, 2020, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. This Order in no way addresses any potential or existing Immigration or Deportation issues.

A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated: **March 13, 2020**  _____
UNITED STATES DISTRICT JUDGE